```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEX SANTIAGO, CARLOS ENRIQUE
TOJ OVALLE, JERBI ELIAS
MARTINEZ DOMINGUEZ, JORGE.
VIRGILIO ROMAN ROMAN, OSCAR
CELESTINO YANEZ, RAFAEL.
VASQUEZ DISLA, MIGUEL
SAMPEDRO SARTILLO, RODRIGO
(A.K.A. CARLOS) FLORES CAZARES,
MALECIO SANCHEZ CASADO, and
HECTOR BATEN, *individually and on
behalf of others similarly situated,*

                       **Plaintiffs,**

    -against-

DUNES FOOD GROUP, INC., (D/B/A
DELICE CAFÉ AND CATERING
F/D/B/A LIBERTY DELI), ALIMADE
LLC. (D/B/A DELI PLUS), AKBARALI B
HIMANI, HORACIO DOE, and ALFRED
DOE,

                       **Defendants.**
-----------------------------------------------------------X

ECF CASE

18 Civ. 07378 (RWL) (SDA)

ORDER

ROBERT W. LEHRBURGER, United States Magistrate Judge:

Having reviewed Defendants' brief motion, dated June 17, 2020, to dismiss Plaintiff Malecio Sanchez Casado's claims for failure to prosecute, and based on all proceedings had; the Court **ORDERS** as follows:

Defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 41(b) is granted.

    **IT IS FURTHER ORDERED**, that, based on the particular circumstances of this case, all of Plaintiff Casado's claims are dismissed with prejudice.

Dated: New York, N.Y.
         June 18, 2020

                                                  ROBERT W. LEHRBURGER
                                                  United States Magistrate Judge