# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020            Telephone: (212) 317-1200
New York, New York 10165            Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

July 28, 2020

**VIA ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

           Re:     Santiago et al v. Dunes Food Group, Inc. et al -18-cv-07378

Honorable Judge Lehrburger:

I am an attorney for Plaintiffs in the above captioned action. We write to request that Judgment be entered against Defendants jointly and severally in the amount of $90,000.

By way of background, on September 17, 2019, on the record, the parties agreed to settle this matter in the amount of $90,000 payable in three instalments, the first of which to be due within 30 days of settlement approval and entry of the agreement. Additionally, the parties agreed to allot for a 10 day cure period in the event Defendants default on their obligation to make a payment. On June 3, 2020 Your Honor Ordered that "the settlement agreement shall be enforced" (ECF #75). Thus, the first instalment payment was due by July 3, 2020. Defendants did not make this payment. Plaintiffs' counsel sent a (revised) default cure letter to Defense counsel by email on July 17, 2020[1] and mail on July 22, 2020. To date, no payment has been received.

---

[1] Plaintiffs' Counsel's email is attached herein as Exhibit A and the default cure letter is attached herein as Exhibit B.

Therefore, we respectfully request Judgment be entered against defendants jointly and severally in the amount of $90,000 (A proposed Judgment is attached herein as Exhibit C).

Additionally, we request the Judgment include post-judgment interest.

The Plaintiffs thank the Court for its time and attention.

                Respectfully submitted,

                /s/ Gennadiy Naydenskiy
                Gennadiy Naydenskiy, Esq.
                *Attorney for Plaintiffs*

# EXHIBIT A

# Gennadiy Naydenskiy

**Subject:** FW: Santiago et al v. Dunes Food Group
**Attachments:** July 17, 2020 - Default Notice.pdf

---

**From:** Gennadiy Naydenskiy
**Sent:** Friday, July 17, 2020 6:03 PM
**To:** Lee Nuwesra <lnuwesra@optonline.net>
**Cc:** Brenda Tapia <brenda@faillacelaw.com>
**Subject:** RE: Santiago et al v. Dunes Food Group

Hi Lee,

See attached revised cure letter which will also be mailed to you. Please advise when we should expect the long overdue payment.

---

**From:** Lee Nuwesra <lnuwesra@optonline.net>
**Sent:** Friday, July 17, 2020 5:52 PM
**To:** Gennadiy Naydenskiy <gnaydenskiy@faillacelaw.com>
**Subject:** RE: Santiago et al v. Dunes Food Group

Dear Gennadiy,

Please accept this communication in response to your below email with attachment. I have looked into the allegation of my Clients' default you made in your letter of 7-8-2020, but could not find any such **"signed agreement,"** as you stated in your communication.

Therefore, do you mind sending me such **signed agreement**, so that I/we can rectify the problem. My recollection is that we **(Defendants)** had certain issues with the proposed agreement. Amongst others, we raised the issue of the payment structure of the Settlement Agreement, as proposed by you.

Regards,

Lee Nuwesra, Esq.

**Confidentiality Note**: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Gennadiy Naydenskiy <gnaydenskiy@faillacelaw.com>
**Sent:** Wednesday, 8 July, 2020 3:05 PM
**To:** Lee Nuwesra <lnuwesra@optonline.net>
**Subject:** Santiago et al v. Dunes Food Group

Hi Lee,

I hope you and your family are well.

See attached default cure letter, also being mailed to you.

# EXHIBIT B

# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

July 17, 2020

**BY EMAIL AND FIRST-CLASS MAIL**

Lee Sam Nuwesra
Law Offices of Lee Nuwesra
60 East 42nd Street, Ste 1027
New York, NY 10165
Tel: 212-370-8707
Fax: 212-370-8708
Email: lnuwesra@optonline.net

      Re:    Santiago et al v. Dunes Food Group, Inc. et al -18-cv-07378

Dear Mr. Nuwesra:

    We are counsel for the Plaintiffs in the above-referenced matter. Pursuant to the terms and conditions of the Settlement Agreement between the parties (the "Agreement"), we are hereby providing you with an in depth detailed written notice of Defendants' default.

    The Defendants are in default of their payment obligations set forth in the Agreement relating to this matter. The parties settled for a gross sum of $90,000.00 (Ninety Thousand Dollars and No Cents) payable over 3 installments to the Plaintiffs. To date, $30,000.00 remains unpaid and due.

    At this point, we expect Defendants to make this payment and cure their default without further delay. To this end, Defendants have ten (10) days from the receipt of this letter to do so.

    Regards,

    */s/ Michael Faillace*
    Michael Faillace, Esq.

*Certified as a minority-owned business in the State of New York*

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
ALEX SANTIAGO, CARLOS ENRIQUE TOJ OVALLE, JERBI ELIAS MARTINEZ DOMINGUEZ, JORGE VIRGILIO ROMAN ROMAN, OSCAR CELESTINO YANEZ, RAFAEL VASQUEZ DISLA, MIGUEL SAMPEDRO SARTILLO, RODRIGO (A.K.A. CARLOS) FLORES CAZARES, MALECIO SANCHEZ CASADO, and HECTOR BATEN, *individually*,

*Plaintiffs*,

-against-

DUNES FOOD GROUP, INC. (D/B/A DELICE CAFE AND CATERING F/D/B/A LIBERTY DELI), ALIMADE LLC (D/B/A DELI PLUS), AKBARALI B HIMANI, HORACIO DOE, and ALFRED DOE,

*Defendants.*
--------------------------------------------------------X

18-CV-7378

**[PROPOSED] JUDGMENT**

## JUDGMENT

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs Alex Santiago, Carlos Enrique Toj Ovalle, Jerbi Elias Martinez Dominguez, Jorge Virgilio Roman Roman, Oscar Celestino Yanez, Rafael Vasquez Disla, Miguel Sampedro Sartillo, Rodrigo (A.K.A. Carlos) Flores Cazares, And Hector Baten have judgment jointly and severally against all Defendants in the amount of $90,000.

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

- 2 -

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:    New York, New York
          _____, 2020

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

This document was entered on the docket on _____.