```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALEX SANTIAGO, et al.,                              :         18 Civ. 7378 (RWL)
                                                    :
                      Plaintiffs,                   :         **ORDER**
                                                    :
        - against -                                 :
                                                    :
DUNES FOOD GROUP, INC., d/b/a Delice                :
Cafe and Catering, et al.,                          :
                                                    :
                      Defendants.                   :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to enter Judgment against Defendants, and Defendants' response thereto. Because this is an FLSA case, the Court must conduct a review of the settlement agreement pursuant to *Cheeks v Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) ("*Cheeks*"). The parties shall continue to memorialize the agreement in writing, which shall be submitted along with a *Cheeks* approval letter by August 14, 2020. If the parties cannot agree on a written memorialization, the approval letter should address the terms of the settlement agreement as placed on the record (Dkt. 71).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 30, 2020
         New York, New York

Copies transmitted to all counsel of record.