```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEX SANTIAGO, et al.,                    :        18 Civ. 7378 (RWL)
                                          :
                    Plaintiffs,           :        **ORDER**
                                          :
        - against -                       :
                                          :
DUNES FOOD GROUP, INC., d/b/a Delice      :
Cafe and Catering, et al.,                :
                                          :
                    Defendants.           :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on September 10, 2020:

1.   By September 24, 2020, Defendants shall produce executed Confessions of Judgment to Plaintiffs.

2.   Plaintiffs' counsel shall make best efforts to obtain signed W-9 forms from each individual Plaintiff on or before September 24, 2020. On September 24, 2020, Plaintiffs' counsel shall produce all signed W-9 forms obtained to Defendants.

3.   By October 1, 2020, the parties shall submit a copy of their written, executed settlement agreement, along with a *Cheeks* approval letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 10, 2020
         New York, New York

Copies transmitted to all counsel of record.