# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, 4510                                                Telephone: (212) 317-1200
New York, New York 10165                                       Facsimile: (212) 317-1620
_____

gnaydenskiy@faillacelaw.com

**BY ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl St.
New York, NY 10007-1312

        Re:    Santiago et al v. Dunes Food Group, Inc. et al -18-cv-07378

Honorable Judge Lehrburger:

        This office represents Plaintiffs in the above referenced matter.  The parties have agreed to a negotiated settlement ("Agreement") after extensive settlement discussions. A copy of the Agreement is attached hereto as Exhibit A.  We therefore ask the Court to approve the settlement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

## BACKGROUND

        Plaintiffs filed their Complaint against Defendants alleging claims for unpaid overtime wages, liquidated damages, unlawful retention of delivery and admin fees, interest, attorneys' fees, and costs pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. (FLSA), the New York Minimum Wage Act, N.Y. Lab. Law § 650 *et seq.*, and the annual notice and wage statement requirements of the New York Labor Law (N.Y. Lab. Law. § 195).  Defendants denied any and all of Plaintiffs' Claims.  (See Document Dock. No. 69).

## SETTLEMENT TERMS

        After reviewing records provided by Defendants, Plaintiffs estimate that they would be entitled to back wages of approximately $5,138.82 and $145,800 in retained delivery and/or admin

fee charges. However, if a Court were to find that Defendants properly notified consumers of the admin fee and that they could retain the delivery then Plaintiffs' recovery would be limited. Thus, in order to avoid the legal and factual risks of protracted litigation, the parties have agreed to settle this action for the total sum of $90,000. A copy of Plaintiffs' best case scenario is attached hereto as Exhibit C.

A court may approve a settlement where it "reflects a 'reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching.'" *Le v. Sita Information Networking Computing USA, Inc.*, No. 07 Civ. 0086, 2008 U.S. Dist. LEXIS 46174 at *2 (E.D.N.Y. June 12, 2008) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)); *see also Kopera v. Home Depot U.S.A., Inc.*, No. 09 Civ. 8337, 2011 U.S. Dist. LEXIS 71816, at *2 (S.D.N.Y. June 24, 2011) ("If the proposed settlement reflects a reasonable compromise over contested issues, the settlement should be approved.").

Throughout the litigation, there were contested factual and legal disputes. Therefore, Plaintiffs believe the settlement is reasonable because of the inherent litigation and collection risk.

## ATTORNEYS' FEES

Plaintiffs' counsel will receive $30,277.32. This amount was calculated by 1) subtracting costs in the amount $416, 2) dividing the remainder 89,584 by 3, and 3) adding the costs to the $29,861.33 third.

The amount provided to Plaintiffs' counsel under the settlement is fair and reasonable and well within the range of fees typically awarded in cases in this Circuit. Counsel's lodestar is

$38,342.50 in attorneys' fees and $416 in costs[1], making the fee counsel will receive under the agreement reasonable in light of their lodestar.  The following is a summation of the backgrounds and rates of the attorneys who worked on this matter:

i.      Michael Faillace's work is billed at the rate of $450 per hour, which is his standard billing rate for matters paid on an hourly basis.  Mr. Faillace is the Managing Member of Michael Faillace & Associates, P.C, and has been in practice since 1983.  From 1983 to 2000, he was in-house Employment Counsel with International Business Machines Corporation (IBM).   Mr. Faillace taught employment discrimination as an Adjunct Professor at Fordham University School of Law since 1992 and at Seton Hall University Law School from 1995 to 1998, and is a nationally-renowned speaker and writer on employment law.  He also is the author of the ADA, Disability Law Deskbook: The Americans with Disabilities Act in the Workplace, published by Practicing Law Institute (PLI), and other employment law publications and presentations.   Faillace's work is indicated by the initials "MF."

ii.      Gennadiy Naydenskiy is a 2013 graduate of the State University of New York at Buffalo Law School, admitted to the New Jersey Bar and the United States District Court, District of New Jersey, in December 2013, the New York Bar in February 2014, the United States District Court, Southern District of New York in June 2014, and the United States District Court, Eastern District of New York in July 2014. Prior to joining Michael Faillace and Associates, P.C. in August 2018, Gennadiy Naydenskiy was a solo practitioner from October 2014, focusing primarily on FLSA wage and hour cases. Prior to founding his solo practice, Gennadiy Naydenskiy was an associate for Harrison, Harrison, and Associates a boutique law firm that focus most of their practice on FLSA wage and hour individual, multi-plaintiff, collective and class actions. Additionally, prior to being an associate, Gennadiy Naydenskiy was a law clerk for Harrison, Harrison, and Associates from May 2012. My regular billing rate of $350 per hour is reflected in Exhibit C with my initials "GN."[2]

These rates are reasonable given the experience of the attorneys in wage and hour matters, and their performance in this case.  *See Perez v. Platinum Plaza 400 Cleaners, Inc.,* Index No. 12-cv-9353 (PAC), 2015 U.S. Dist. LEXIS 78079, *3 n. 1 (S.D.N.Y. June 16, 2015) (awarding requested rates to Michael Faillace and one of his associates at this firm, Joshua Androphy, finding

---

[1] A copy of Plaintiff's counsel's billing record is attached as "Exhibit B."
[2] Additionally, Paralegal time marked as "PL" is billed at $100 an hour.

Page 4

they had "demonstrated entitlement to these rates based on their experience in wage and hour litigation and their performance in this case").

In full consideration of the issues presented in both *Cheeks* and *Wolinsky,* we believe that the parties' agreement is fair and reasonable, and that the settlement should be approved.

Thank you for your consideration in this matter.


Respectfully Submitted,

/s/ Gennadiy Naydenskiy

Gennadiy Naydenskiy

Encls.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX SANTIAGO, CARLOS ENRIQUE TOJ OVALLE, JERBI ELIAS MARTINEZ DOMINGUEZ, JORGE VIRGILIO ROMAN ROMAN, OSCAR CELESTINO YANEZ, RAFAEL VASQUEZ DISLA, MIGUEL SAMPEDRO SARTILLO, RODRIGO (A.K.A. CARLOS) FLORES CAZARES, MALECIO SANCHEZ CASADO, and HECTOR BATEN, *individually*,<br><br>*Plaintiffs*,<br><br>-against-<br><br>DUNES FOOD GROUP, INC. (D/B/A DELICE CAFE AND CATERING F/D/B/A LIBERTY DELI), ALIMADE LLC (D/B/A DELI PLUS), AKBARALI B HIMANI, HORACIO DOE, and ALFRED DOE,<br><br>*Defendants.* | **18-CV-07378-RWL**<br><br>**SETTLEMENT AGREEMENT**<br>**AND**<br>**RELEASE** |

This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs Alex Santiago, Carlos Enrique Toj Ovalle, Jerbi Elias Martinez Dominguez, Jorge Virgilio Roman Roman, Oscar Celestino Yanez, Rafael Vasquez Disla, Miguel Sampedro Sartillo, Rodrigo (a.k.a. Carlos) Flores Cazares, and, Hector Baten ("Plaintiffs") on the one hand, Dunes Food Group, Inc. (d/b/a Delice Cafe and Catering f/d/b/a Liberty Deli) and Alimade LLC (d/b/a Deli Plus), ("Defendant Corporation"), Akbarali B Himani, ("Individual Defendant"), (collectively, "Defendants"), on the other hand.

WHEREAS, Plaintiffs allege that they worked for Defendants as employees; and

WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 18-CV-07378-RWL (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

WHEREAS, Defendants deny any violation of federal and state wage and hour and overtime laws; and

WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. Payment: Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of any and all claims or potential claims Plaintiffs may have against Defendants through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of Ninety Thousand Dollars and No Cents (**$90,000.00**) (the "Settlement Amount") to be paid in Three ("3") installments, as follows:

Installment One: Within Thirty (30) days of settlement approval:

| CARLOS ENRIQUE TOJ OVALLE | |
|---|---|
| | $2,169.53 |
| JERBI ELIAS MARTINEZ DOMINGUEZ | $2,444.93 |
| JORGE VIRGILIO ROMAN ROMAN | $2,679.31 |
| OSCAR CELESTINO YANEZ | $4,654.68 |
| RAFAEL VASQUEZ DISLA | $2,648.65 |
| MIGUEL SAMPEDRO SARTILLO | $1,641.99 |
| RODRIGO (A.K.A. CARLOS) FLORES CAZARES | $1,437.35 |
| ALEX SANTIAGO | $1,858.88 |
| HECTOR BATEN | $372.24 |
| MICHAEL & ASSOCIATES, ATTORNEYS' FEES AND COSTS | $10,092.44 by IRS Form 1099 |

Installment Two: Within Ninety (90) days of settlement approval:

| CARLOS ENRIQUE TOJ OVALLE | |
|---|---|
| | $2,169.53 |
| JERBI ELIAS MARTINEZ DOMINGUEZ | $2,444.93 |
| JORGE VIRGILIO ROMAN ROMAN | $2,679.31 |

2

| OSCAR CELESTINO YANEZ | $4,654.68 |
| RAFAEL VASQUEZ DISLA | $2,648.65 |
| MIGUEL SAMPEDRO SARTILLO | $1,641.99 |
| RODRIGO (A.K.A. CARLOS) FLORES CAZARES | $1,437.35 |
| ALEX SANTIAGO | $1,858.88 |
| HECTOR BATEN | $372.24 |
| MICHAEL & ASSOCIATES, ATTORNEYS' FEES AND COSTS | $10,092.44 by IRS Form 1099 |

Installment Three: Within One Hundred Eighty 180 days of settlement approval:

| CARLOS ENRIQUE TOJ OVALLE | $2,169.53 |
| JERBI ELIAS MARTINEZ DOMINGUEZ | $2,444.93 |
| JORGE VIRGILIO ROMAN ROMAN | $2,679.31 |
| OSCAR CELESTINO YANEZ | $4,654.68 |
| RAFAEL VASQUEZ DISLA | $2,648.65 |
| MIGUEL SAMPEDRO SARTILLO | $1,641.99 |
| RODRIGO (A.K.A. CARLOS) FLORES CAZARES | $1,437.35 |
| ALEX SANTIAGO | $1,858.88 |
| HECTOR BATEN | $372.24 |
| MICHAEL & ASSOCIATES, ATTORNEYS' FEES AND COSTS | $10,092.44 by IRS Form 1099 |

(a) All of the checks/payments set forth above shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., 60 East 42nd Street, Suite 4510, New York, NY 10165. Failure to deliver said checks shall constitute a default under the Agreement, subject to the following.

3

(b) Plaintiffs are to provide Defense counsel with W-9 forms from each Plaintiff and an IRS Form W-9 from Plaintiffs' counsel. Nothing herein shall delay payment to any Plaintiff who signs the agreement and provides a w-9 form, or to Michael Faillace & Associates, P.C.

(c) Concurrently with the execution of this Agreement, Defendants Dunes Food Group, Inc. (d/b/a Delice Cafe and Catering f/d/b/a Liberty Deli), Alimade LLC (d/b/a Deli Plus), and, Akbarali B Himani shall each execute and deliver to Plaintiffs' counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively. The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiffs' hereby irrevocably and unconditionally release counsel, and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the checks fails to clear counsel's escrow account, or Defendants fail to deliver timely payment to Plaintiffs' counsel, and (ii) Defendants fail to cure such default within ten (10) business days of receipt of written notice (to be delivered to Defendants by certified mail to 15 Waverly Place, New York, NY 10003 and to their counsel, Lee Sam Nuwesra, Esq., at 60 East 42nd Street, Ste 1027, New York, NY 10165, and email address, nnuwes@optonline.net. Any such Notice of Default shall be deemed received five (5) days after it is mailed.

2.      Release and Covenant Not To Sue:      Plaintiffs hereby irrevocably and unconditionally release from and forever discharges and covenant not to sue Defendants, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives and managers, in their respective capacity as such, any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which each Plaintiffs at any time has, had, claims or claimed to have against Defendants relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement. Defendants release and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had or claimed to have against Plaintiffs.

3.      No Admission of Wrongdoing: This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.      Modification of the Agreement: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendants.

5.      Acknowledgments: Plaintiffs and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

4

6.      Notices:      Notices required under this Agreement shall be in writing and shall be deemed given on the first business day following first-class mailing and electronic transmission thereof. Notice hereunder shall be delivered to:

To Plaintiffs:

Michael Faillace, Esq.
**MICHAEL FAILLACE & ASSOCIATES, P.C.**
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Lee Sam Nuwesra
Law Offices of Lee Nuwesra
60 East 42nd Street, Ste 1027
New York, NY 10165
Tel: 212-370-8707
Fax: 212-370-8708
Email: lnuwesra@optonline.net

7.      Governing Law:      This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8.      Enforceability: If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement, provided, however, that upon any finding by a court of competent jurisdiction that a release or waiver of claims or rights or a covenant set forth herein is illegal, void or unenforceable, Plaintiffs agree to promptly execute a release, waiver and/or covenant that is legal and enforceable.

9.      Release Notification: Defendants advised Plaintiffs to discuss the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledge that they have consulted with Michael Faillace & Associates, P.C., Plaintiffs acknowledge that it is their choice to waive any potential claims in return for the benefits set forth herein and that each of them made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement

5

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.    Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below.  This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart.  This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____          Date: _____
    ALEX SANTIAGO

By: _____          Date: 08/17/2020
    CARLOS ENRIQUE TOJ OVALLE

By: _____          Date: 08/17/2020
    JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____          Date: _____
    JORGE VIRGILIO ROMAN ROMAN

By: _____          Date: _____
    OSCAR CELESTINO YANEZ

By: _____          Date: _____
    RAFAEL VASQUEZ DISLA

By: _____          Date: _____
    MIGUEL SAMPEDRO SARTILLO

By: _____          Date: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____          Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

      10.   Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____        Date: _____
    ALEX SANTIAGO

By: _____        Date: _____
    CARLOS ENRIQUE TOJ OVALLE

By: _____        Date: 8/17/2020
    JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____        Date: 8/17/2020
    JORGE VIRGILIO ROMAN ROMAN

By: _____        Date: 8/17/2020
    OSCAR CELESTINO YANEZ

By: _____        Date: _____
    RAFAEL VASQUEZ DISLA

By: _____        Date: 08/17/2020
    MIGUEL SAMPEDRO SARTILLO

By: _____        Date: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____        Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

     10.    Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFF

By: _____
    ALEX SANTIAGO

Date: 08/14/2020

By: _____
    CARLOS ENRIQUE TOJ OVALLE

Date: _____

By: _____
    JERBI ELIAS MARTINEZ DOMINGUEZ

Date: _____

By: _____
    JORGE VIRGILIO ROMAN ROMAN

Date: _____

By: _____
    OSCAR CELESTINO YANEZ

Date: _____

By: _____
    RAFAEL VASQUEZ DISLA

Date: _____

By: _____
    MIGUEL SAMPEDRO SARTILLO

Date: _____

By: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

Date: _____

By: _____

Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

      10.   Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____          Date: _____
    ALEX SANTIAGO

By: _____          Date: _____
    CARLOS ENRIQUE TOJ OVALLE

By: _____          Date: _____
    JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____          Date: 8/26 /2020
    JORGE VIRGILIO ROMAN ROMAN

By: _____          Date: _____
    OSCAR CELESTINO YANEZ

By: _____          Date: _____
    RAFAEL VASQUEZ DISLA

By: _____          Date: _____
    MIGUEL SAMPEDRO SARTILLO

By: _____          Date: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____          Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10. Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____          Date: _____
    ALEX SANTIAGO

By: _____          Date: _____
    CARLOS ENRIQUE TOJ OVALLE

By: _____          Date: _____
    JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____          Date: _____
    JORGE VIRGILIO ROMAN ROMAN

By: _____          Date: _____
    OSCAR CELESTINO YANEZ

By: _____          Date: 8 / 14/ 2020
    RAFAEL VASQUEZ DISLA

By: _____          Date: _____
    MIGUEL SAMPEDRO SARTILLO

By: _____          Date: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____          Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

      10.   <u>Counterparts</u>: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

<u>PLAINTIFFS:</u>

By: _____      Date: _____
     ALEX SANTIAGO

By: _____      Date: _____
     CARLOS ENRIQUE TOJ OVALLE

By: _____      Date: 8/17/2020
     JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____      Date: 8/17/2020
     JORGE VIRGILIO ROMAN ROMAN

By: _____      Date: 8/17/2020
     OSCAR CELESTINO YANEZ

By: _____      Date: _____
     RAFAEL VASQUEZ DISLA

By: _____      Date: 08/17/2020
     MIGUEL SAMPEDRO SARTILLO

By: _____      Date: 05-15-2020
     RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____      Date: _____

6

Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

     10.    Counterparts: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile transmission.

PLAINTIFFS:

By: _____         Date: _____
    ALEX SANTIAGO

By: _____         Date: _____
    CARLOS ENRIQUE TOJ OVALLE

By: _____         Date: _____
    JERBI ELIAS MARTINEZ DOMINGUEZ

By: _____         Date: _____
    JORGE VIRGILIO ROMAN ROMAN

By: _____         Date: _____
    OSCAR CELESTINO YANEZ

By: _____         Date: _____
    RAFAEL VASQUEZ DISLA

By: _____         Date: _____
    MIGUEL SAMPEDRO SARTILLO

By: _____         Date: _____
    RODRIGO (A.K.A. CARLOS) FLORES CAZARES

By: _____         Date: 08/27/2020

6

HECTOR BATEN

DEFENDANTS:

By:

DUNES FOOD GROUP, INC.

Date: Aug 28 2020

By:

ALIMADE LLC

Date: Aug 28 2020

By:

AKBARALI B HIMANI

Date: Aug 28 2020

7

# EXHIBIT B

## Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Alex Santiago                                                    September 29, 2020

|            |            |        | File #: |        | Delice |
|------------|------------|--------|---------|--------|--------|
| **Attention:** |        |        | Inv #:  |        | 1206   |

**RE:**    Santiago et al v. Dunes Food Group, Inc. et al; 18-cv-07378-AT

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-24-18 | interviewed new client and advised ███ | 0.90 | 405.00 | MF |
| Jul-25-18 | interviewed 2 clients and advised them ███ | 1.80 | 810.00 | MF |
| Jul-26-18 | interviewed 2 clients and advised them ███ | 1.80 | 810.00 | MF |
| Jul-30-18 | discussed with FG and MC the facts of the case ███ | 0.20 | 90.00 | MF |
| Jul-31-18 | reviewed and corrected complain; ███ | 1.80 | 810.00 | MF |
| Aug-01-18 | reviewed complaint with MC ███ | 1.90 | 855.00 | MF |
| Aug-07-18 | interviewed new client ███ | 0.90 | 405.00 | MF |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | ██████████ | | | |
| Aug-10-18 | contacted client █████████ ██████████████ | 0.40 | 180.00 | MF |
| Aug-13-18 | reviewed complaint and made corrections; █████████ | 0.60 | 270.00 | MF |
| Aug-15-18 | reviewed and corrected complaint;  sent complaint to MC with instructions | 1.70 | 765.00 | MF |
| | reviewed complaint filed in court;  directed staff to update case chart ;  filed notice in the proper folder for future reference | 0.20 | 90.00 | MF |
| Aug-16-18 | reviewed court notice of appointment of judge and magistrate;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Aug-17-18 | reviewed court order scheduling  initial conference via phone;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed affidavits of service filed in court; directed staff to update case chart | 0.20 | 90.00 | MF |
| Aug-20-18 | reviewed affidavits of service filed in court; directed staff to update case chart | 0.20 | 90.00 | MF |
| Aug-21-18 | review complaint | 0.20 | 70.00 | GN |
| Aug-23-18 | reviewed affidavits of service filed in court; directed staff to update case chart | 0.20 | 90.00 | MF |
| Aug-24-18 | reviewed court notice of appearance of plaintiff's counsel ;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Sep-13-18 | reviewed plaintiffs' motion for adjourning conference;  SENT EMAIL TO GN ████████ ███████████ | 0.20 | 90.00 | MF |
| | reviewed court order denying adjournment of conference and setting up a date for filing default judgment motion;  directed staff to update case chart | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | review request for adjournment | 0.10 | 35.00 | GN |
| Oct-03-18 | reviewed court order adjourning conference; directed staff to update case chart | 0.20 | 90.00 | MF |
|  | reviewed defendants' motion requesting that court grant an extension to answer our complaint; directed staff to update case chart | 0.20 | 90.00 | MF |
|  | reviewed court order granting defendants' motion for an extension to answer our complaint and denying rescheduling of initial conference; directed staff to update case chart ; | 0.20 | 90.00 | MF |
|  | reviewed court order resetting dates for defendants' to respond to complaint;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Oct-10-18 | reviewed court order requiring filing of case management plan  ;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | review Judge's order | 0.10 | 35.00 | GN |
|  | review case file (Ps documents and complaint) | 0.30 | 105.00 | GN |
|  | conference with def attorney re: case managment plan | 0.20 | 0.00 | GN |
| Oct-11-18 | reviewed case management plan  filed in court; directed staff to update case | 0.20 | 90.00 | MF |
|  | reviewed letter requesting that case be referred to magistrate filed by both parties in court;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | draft joint letter for initail confernce | 0.40 | 140.00 | GN |
| Oct-15-18 | review complaint for tomorrows conference | 0.70 | 245.00 | GN |
| Oct-16-18 | reviewed court order  referring case to magistrate for all matters;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Oct-30-18 | reviewed magistrate's order  scheduling  initial conference via phone;  directed staff to update case chart | 0.20 | 90.00 | MF |

| | | | | |
|---|---|---|---|---|
| Nov-01-18 | reviewed answer to complaint filed by defendants; directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Nov-02-18 | reviewed court order resetting dates for case management plan;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | telephone conference with Def and Court | 0.20 | 70.00 | GN |
| Nov-06-18 | telephone conference with. w/ def. attorney | 0.10 | 35.00 | GN |
| | edit proposed case managment plan | 0.10 | 35.00 | GN |
| Nov-08-18 | reviewed case management plan submitted byboth parties;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | review and edit proposed case managment plan | 0.10 | 35.00 | GN |
| | conference with def attorney re: case managment plan | 0.20 | 0.00 | GN |
| Nov-09-18 | reviewed court order referring case to magistrate judge for settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Nov-14-18 | reviewed court order by magistrate judge setting date for settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | telephone conference with def attorney then SV then call chambers, email chambers | 0.20 | 70.00 | GN |
| Nov-28-18 | reviewed joint status letter filed in court;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Dec-04-18 | reviewed court order reassigning case to magistrate judge for settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | review complaint and Plaintiffs docs | 0.40 | 140.00 | GN |
| Dec-12-18 | reviewed defendants' offer of Rule 68 offer;  sent email to GN ▇▇▇▇▇▇ | 0.20 | 90.00 | MF |
| Dec-13-18 | reviewed GN's email ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | 0.10 | 45.00 | MF |

| | | | | |
|---|---|---|---|---|
| Dec-14-18 | review rule 68 offer | 0.10 | 35.00 | GN |
| | review damages calculations | 0.10 | 35.00 | GN |
| Dec-18-18 | review complaint w/ SV | 0.50 | 175.00 | GN |
| | edit settlement ltr | 0.20 | 70.00 | GN |
| | phone conference with. w/ cl and SV | 0.20 | 70.00 | GN |
| | edit/review sett ltr | 0.20 | 70.00 | GN |
| Dec-21-18 | reviewed court notice of occurrence of settlement conference; directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed court order requiring parties to exchange documents to help settlement and to provide new dates for settlement conference; directed staff to update case chart | 0.20 | 90.00 | MF |
| | travel to court for sett conference | 0.30 | 52.50 | GN |
| | sett conference | 1.50 | 525.00 | GN |
| Dec-26-18 | review def docs | 0.60 | 210.00 | GN |
| | legal research admin charge | 0.60 | 210.00 | GN |
| Dec-27-18 | | 0.00 | 0.00 | MF |
| | | 0.00 | 0.00 | MF |
| | Conference | 1.30 | 487.50 | GN |
| Jan-02-19 | reviewed court order by magistrate judge setting date for settlement conference; directed staff to update case chart ; | 0.20 | 90.00 | MF |
| | conference with def attorney and the with the court | 0.10 | 35.00 | GN |
| | review client document preparation in file | 0.30 | 105.00 | GN |
| Jan-04-19 | review def produced document preparation for sett purposes | 0.60 | 0.00 | GN |

| Date | Description | Hours | Amount | By |
|---|---|---|---|---|
| Jan-17-19 | review def produced documents | 2.10 | 735.00 | GN |
| Jan-18-19 | reviewed plaintiffs' motion for adjourning conference; SENT EMAIL TO GN ███████████ ████████████ | 0.20 | 90.00 | MF |
| | review Plaintiffs documents, research admin fee case law and conference with def attorney's fees (conf took .1) | 1.40 | 490.00 | GN |
| | draft ltr request for stay | 0.10 | 35.00 | GN |
| Jan-19-19 | reviewed court order granting adjournment of settlement conference and requesting dates for resetting date for conference; directed staff to update case chart | 0.20 | 90.00 | MF |
| Jan-23-19 | reviewed letter filed by plaintiffs requesting conference; directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed letter filed by plaintiffs in court with respect to the motion to stay; directed staff to update case chart | 0.20 | 90.00 | MF |
| Jan-24-19 | reviewed court order granting plaintiffs' request for settlement conference; directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed court order granting plaintiffs' request for denial of defendants' motion to stay; directed staff to update case chart | 0.20 | 90.00 | MF |
| Feb-05-19 | email def attorney re: producing docs | 0.10 | 35.00 | GN |
| Feb-11-19 | edit damages calculations | 1.30 | 455.00 | GN |
| Feb-13-19 | reviewed court notice of occurrence of settlement conference; directed staff to update case chart ; | 0.20 | 90.00 | MF |
| | travel to court | 0.30 | 52.50 | GN |
| | sett conference | 0.70 | 245.00 | GN |
| | travel from court | 0.30 | 52.50 | GN |
| Feb-15-19 | legal research immigration status in wage and hour cases | 2.10 | 735.00 | GN |

| | | | | |
|---|---|---|---|---|
| Feb-18-19 | review case file and research defendants | 2.10 | 0.00 | GN |
| | review case file and ·DEPOSITION transcript | 0.20 | 0.00 | GN |
| | start draft amedment | 0.40 | 140.00 | GN |
| | compare documents and review | 0.70 | 245.00 | GN |
| Mar-05-19 | review amended complaint | 0.50 | 175.00 | GN |
| | review and edit amended complaint | 0.80 | 280.00 | GN |
| Mar-14-19 | Called Client Alex Santiago Reqyesting Documents | 0.15 | 15.00 | PL |
| | Called Client Carlos Enrique Toj Ovalle Regarding Document Requests | 0.12 | 12.00 | PL |
| | Called Client Hector Baten Regarding Document Requests ▮▮▮▮▮ | 0.01 | 1.00 | PL |
| | Called the Client Regarding Document Requests | 0.08 | 8.00 | PL |
| | Called the Client Jesus Martinez Gomez Regarding Document Requests | 0.05 | 5.00 | PL |
| | Called Client Malecio Sanchez Casado Regarding Document Requests | 0.04 | 4.00 | PL |
| | Called Client Oscar Celestino Yanez Regarding Document Requests | 0.02 | 2.00 | PL |
| | Called The Client Rafael Vasquez Disla Regarding Document Requests | 0.02 | 2.00 | PL |
| Mar-28-19 | Called Client Carlos Ovalle | 0.10 | 10.00 | PL |
| Mar-29-19 | review and edit amended complaint | 0.10 | 35.00 | GN |
| Apr-08-19 | reviewed defendant's letter demanding responses for discovery requests and threatening to go to the court to get our case dismissed for failure to prosecute;  sent email to GN ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | conference with def attorney re: discovery deadline | 0.00 | 0.00 | GN |
| Apr-09-19 | reviewed defendant's letter requesting we make corrections to our letter to the court; reviewed GN's letter in response to defendant's letter | 0.20 | 90.00 | MF |
|  | reviewed plaintiff's letter  requesting a conference to discuss amendement of complaint;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | reviewed court order granting plaintiffs' request for extension of discovery;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | revise ltr to court re: extension of time and email with def attorney | 0.20 | 70.00 | GN |
| Apr-11-19 | conference with MF re: cl question | 0.10 | 35.00 | GN |
|  | review def opp ltr to amend | 0.20 | 70.00 | GN |
| Apr-12-19 | reviewed letter filed by defendants in court responding to Plaintiffs' prior letter requesting conference to amend complaint ;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Apr-13-19 | reviewed defendants' letter objecting to our discovery requests as untimely  and restricting the responses  he would have to give to our request | 0.20 | 90.00 | MF |
| Apr-15-19 | reviewed plaintiffs' letter in reponse to defendants' 4/12/19 letter | 0.20 | 90.00 | MF |
|  | email def attorney re: discovery | 0.10 | 35.00 | GN |
|  | review case file | 0.10 | 35.00 | GN |
| Apr-22-19 | reviewed court order scheduling  conference via phone;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Apr-24-19 | conference with def atty | 0.20 | 70.00 | GN |
| Apr-29-19 | reviewed court order resolving issues of amendment of complaint raised in prior letters; directed staff to update case chart | 0.20 | 90.00 | MF |

|           |                                                                                                                                                                                                                                                                                                              |      |          |    |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----|
|           | preparation  for call w/ court                                                                                                                                                                                                                                                                                | 0.20 | 70.00    | GN |
|           | call w/ court and opposing attorney                                                                                                                                                                                                                                                                           | 0.20 | 70.00    | GN |
| May-10-19 | conference with MF re: sett                                                                                                                                                                                                                                                                                   | 0.20 | 0.00     | GN |
|           | Called Client Carlos Ovalle ▮▮▮▮▮▮▮                                                                                                                                                                                                                                                                           | 0.01 | 1.00     | PL |
|           | Called New Plaintiff Jesus ▮▮▮▮▮▮                                                                                                                                                                                                                                                                             | 0.15 | 15.00    | PL |
| May-20-19 | text w/ pl, email def attorney, review notes                                                                                                                                                                                                                                                                 | 0.30 | 105.00   | GN |
| May-31-19 | reviewed  JR's email requesting that I call clients to come in for deposition; reviewed GN's email explaining the problems he is having in reaching clients                                                                                                                                                    | 0.20 | 90.00    | MF |
| Jun-01-19 | contacted clients and discussed the depositions they have on Monday;  sent emails to staff outlining the times and dates when clients are available                                                                                                                                                           | 0.50 | 225.00   | MF |
| Jun-02-19 | reviewed email from GN and contacted him to clarify whenthe clients need to show up for depositions;  contacted  clients and  requested that they come tomorrow afternoon for the depositions; contacted GN and clarified that the clients only need to come in the afternoon;  sent email to staff clarifying the times when clients are coming tomorrow | 0.40 | 180.00   | MF |
| Jun-03-19 | prepared clients for depositions                                                                                                                                                                                                                                                                              | 1.70 | 765.00   | MF |
|           | travel to ·DEPOSITION                                                                                                                                                                                                                                                                                         | 0.20 | 35.00    | GN |
|           | deposition of P Carlos Toj                                                                                                                                                                                                                                                                                    | 3.00 | 1,050.00 | GN |
|           | travel from ·DEPOSITION                                                                                                                                                                                                                                                                                       | 0.20 | 35.00    | GN |
|           | Travel To Deposition with Client                                                                                                                                                                                                                                                                              | 0.30 | 30.00    | PL |
|           | Attendance at Deposition with GN and Client                                                                                                                                                                                                                                                                   | 3.00 | 300.00   | PL |
|           | Travel from Depsition Back to Office with Client                                                                                                                                                                                                                                                              | 0.30 | 30.00    | PL |

| | | | | |
|---|---|---|---|---|
| Jun-04-19 | discussed with BT the results of yesterday's deposition of our client | 0.10 | 45.00 | MF |
| | text with PL and call and email def atty | 0.10 | 35.00 | GN |
| | travel to ·depo | 0.30 | 0.00 | GN |
| | deposition of Plaintiff | 2.50 | 0.00 | GN |
| | travel from depo | 0.30 | 0.00 | GN |
| | Meeting with client and GN for ·Preparation for Depo | 0.50 | 50.00 | PL |
| | Travel to Deposition with GN and Client | 0.30 | 30.00 | PL |
| | Deposition with GN and Client | 3.00 | 300.00 | PL |
| | Travel form Deposition to Office | 0.30 | 30.00 | PL |
| Jun-12-19 | conference with JA re: strategy | 0.80 | 280.00 | GN |
| | conference with def attorney re: procedure | 0.30 | 0.00 | GN |
| Jun-18-19 | reviewed court order denying defendant's requests for immigration questions during depositions, extending discovery and requiring the parties to arrange for settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed court order resetting dates for defendants' to respond to complaint;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Jul-12-19 | draft ltr to judge re: order and sett conference | 0.30 | 105.00 | GN |
| Jul-22-19 | reviewed amended complaint filed in court; directed staff to update case chart | 0.20 | 90.00 | MF |
| Jul-25-19 | review our deposition notice | 0.10 | 35.00 | GN |
| | review case file and strategize re: sj motion | 0.50 | 175.00 | GN |
| Jul-29-19 | reviewed court order by magistrate judge setting date for settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |

| | | | | |
|---|---|---|---|---|
| Jul-30-19 | email def attorney re: discovery schedule | 0.10 | 35.00 | GN |
| | review damages estimate | 0.10 | 35.00 | GN |
| | draft, review, and edit ltr to stay | 0.20 | 70.00 | GN |
| Jul-31-19 | reviewed letter filed by plaintiffs requesting motion to stay pending settlement conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | sent email to GN requesting clarification of grounds for requesting a stay to the case;  reviewd GN's explanation of the basis for a motion to stay the case | 0.20 | 90.00 | MF |
| | reviewed court order granting Plaintiffs' motion for a stay of the case pending settlement conference | 0.20 | 90.00 | MF |
| | reviewed court order resetting dates for end of discovery;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | discuss w/ DT re: strategy | 0.10 | 35.00 | GN |
| | email def attorney re: deposition scheduling and sj motion | 0.10 | 35.00 | GN |
| Aug-09-19 | reviewed exhibit to pleading filed in court;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
| Aug-18-19 | reviewed defendants' answer to our amended complaint;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Aug-19-19 | review def answer to ameded complaint | 0.30 | 105.00 | GN |
| Sep-05-19 | legal research delivery and admin fee cases | 2.30 | 805.00 | GN |
| | review def produced document preparation and case file | 0.30 | 105.00 | GN |
| | continue legal research delivery and admin fee cases | 2.50 | 875.00 | GN |
| Sep-10-19 | draft law section of mediation statement | 0.60 | 210.00 | GN |
| | continue draft mediation statement, review and revise | 3.40 | 1,190.00 | GN |

| | | | | |
|---|---|---|---|---|
| | conference with PL re: Plaintiffs attendance | 0.10 | 35.00 | GN |
| | meeting with clients | 1.00 | 350.00 | GN |
| | Conference translating for GN and Plaintiffs | 1.00 | 100.00 | PL |
| Sep-17-19 | reviewed magistrate's judge notice of occurrence of settlement conferenceand settlement of case; directed staff to update case chart | 0.20 | 90.00 | MF |
| | discussed with GN the terms of settlement in the case | 0.10 | 45.00 | MF |
| | sett conference | 2.20 | 770.00 | GN |
| | travel from sett conference | 0.40 | 70.00 | GN |
| | Travel to Settlement Conference | 0.40 | 40.00 | PL |
| | Settlement Conference | 2.20 | 220.00 | PL |
| | Travel Back to Office From Court | 0.40 | 40.00 | PL |
| Nov-19-19 | calculate pro-rate share of Postage recovery | 0.30 | 105.00 | GN |
| Dec-04-19 | calculate sett allocation | 0.40 | 140.00 | GN |
| Jan-09-20 | reviewed court notice of clerk's filing of transcript of settlement conference; directed staff to update case chart ; | 0.20 | 90.00 | MF |
| | review order and email def attorney | 0.20 | 70.00 | GN |
| Jan-21-20 | email def attorney | 0.10 | 35.00 | GN |
| Feb-19-20 | had telephone conference with client ▇▇▇▇▇▇▇▇▇ | 0.20 | 90.00 | MF |
| | reviewed court order acknowledging receipt of default motion and defendats' response and setting a date in which parties have to file fairness package;  sent email to GN | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | interpreting what the judge wants us to do and requesting his opinion |  |  |  |
| Mar-17-20 | email opposing counsel re: telephone call | 0.10 | 35.00 | GN |
| Mar-18-20 | telephone call w/ opposing counsel re: client that reappeared | 0.20 | 70.00 | GN |
|  | recalcuate sett allocation w/ casado | 0.50 | 175.00 | GN |
| Mar-26-20 | email def attorney re: other client | 0.10 | 35.00 | GN |
| Jun-03-20 | reviewed court notice of Plaintiff's motion to enforce the settlement agreement reached in court; directed staff to update case chart | 0.20 | 90.00 | MF |
|  | reviewed court notice of defendants' response to plaintiff's motion for conference;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | sent email to GN requesting explanation of defendants' challenge to the settlement agreement; reviewedGN's email explaining defendants' arguments | 0.20 | 90.00 | MF |
|  | reviewed court order requiring plaintiffs to file motion for enforcement of agreement for the clients who appeared at the settlement conference | 0.20 | 90.00 | MF |
| Jun-17-20 | reviewed court notice of defendants' response to Plaintiffs' motion to dismiss plaintiff's case without prejudice;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
|  | reviewed plaintiff's letter   responding to defendants' letter objecting to the dismissal of plaintiff's case without prejudice;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Jun-18-20 | reviewed defendant's  letter   requesting judge to deny withdrawal without prejudice;  directed staff to update case chart | 0.20 | 90.00 | MF |
|  | ewed court order granting defendants' motion for dismissal of plaintiff's case with prejudice; directed staff to update case chart | 0.20 | 90.00 | MF |
| Jul-03-20 | had telephone conference with clients ██████ | 0.20 | 90.00 | MF |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | ███████████████ | | | |
| Jul-04-20 | had telephone conference with clients; sent email to GN BT and PP ██████████ | 0.20 | 90.00 | MF |
| Jul-05-20 | email w/ mf and Pedro re status of payments | 0.10 | 35.00 | GN |
| Jul-07-20 | email PP re: sett payment | 0.10 | 0.00 | MF |
| | telephone call w/ MF re: sett, email pl in regards | 0.10 | 0.00 | GN |
| | Read GNs email asking Pedro if Delice payed. | 0.20 | 25.00 | PL |
| Jul-08-20 | reviewed Gn's letter to defendants arguing that they defaulted in honoring the settlement agreement | 0.20 | 90.00 | MF |
| | email opposing counsel default cure letter | 0.10 | 35.00 | GN |
| | dratfed default letter and emailed GN. | 1.20 | 150.00 | PL |
| Jul-14-20 | verify with pedro he sent out default notice | 0.10 | 12.50 | PL |
| Jul-15-20 | discuss status w/ mf and pl | 0.10 | 35.00 | GN |
| | miguel san pedro called ████████ ██████████ | 0.10 | 12.50 | PL |
| Jul-17-20 | reviewedoc's letter responding to GN's letter claiming default; requested GN ██████ ██████████ | 0.20 | 90.00 | MF |
| | review opposing counsel email, revise default notice | 0.20 | 70.00 | GN |
| Jul-18-20 | sent GN email ████████████ ██████████ | 0.10 | 45.00 | MF |
| Jul-20-20 | discussed case with GN | 0.10 | 45.00 | MF |
| | telephone call w/ mf re: update and strategy | 0.10 | 35.00 | GN |
| Jul-22-20 | discussed with GN that he already sent the defendants the revised notice of default | 0.10 | 45.00 | MF |

| | | | | |
|---|---|---|---|---|
| | discuss cure ltr w/ pl | 0.30 | 105.00 | GN |
| Jul-27-20 | review emails from opposing counsel and mf | 0.10 | 35.00 | MF |
| | text w/ pl re: question | 0.10 | 35.00 | GN |
| | client called fro an update | 0.30 | 37.50 | PL |
| Jul-28-20 | reviewed Plaintiff'smotion for default and other backup documents filed in the court;  directed staff to update case chart | 0.20 | 90.00 | MF |
| | review default cure ltr sent to defense counsel, draft and send email to opposing counsel re: their default | 0.30 | 0.00 | GN |
| | telephone call w/ mf re: status/strategy | 0.10 | 35.00 | GN |
| | draft motion for judgment | 2.10 | 735.00 | GN |
| | file motion for judgment | 0.10 | 35.00 | GN |
| | discuss status w/ pl | 0.10 | 35.00 | GN |
| | update mf re: filed  request for judgment | 0.10 | 35.00 | GN |
| | carlos ovalle called for an update | 0.10 | 12.50 | PL |
| | texted GN re: cure letter to defense attorney | 0.10 | 12.50 | PL |
| Jul-29-20 | discuss cl and call cl w/ pl | 0.10 | 35.00 | GN |
| | telephone call w/ cl and pl | 0.10 | 35.00 | GN |
| | tried calling the client and he didn't answer | 0.10 | 12.50 | PL |
| | gn called and i translated for the client | 0.10 | 12.50 | PL |
| | rodrigo called for an update | 0.10 | 12.50 | PL |
| Jul-30-20 | reviewed defendants' letter in response to plaintiffs' motion for default and other backup documents filed in the court;  directed staff to update case chart ; | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
| | reviewed oc's email requesting that we meet to discuss the settlement agreement | 0.10 | 45.00 | MF |
| | review opposing counsel response to motion | 0.20 | 70.00 | GN |
| | reply to mf email and review the opp again | 0.10 | 35.00 | GN |
| | review Judge's order | 0.10 | 35.00 | GN |
| | email opposing counsel re: agreement | 0.10 | 35.00 | GN |
| | email w/ mf and email pl re: Judges Order and advise clients | 0.10 | 35.00 | GN |
| Jul-31-20 | reviewed oc's email requesting that we meet to discuss the settlement agreement | 0.10 | 45.00 | MF |
| | email w/ opposing counsel re: scheduling call | 0.10 | 0.00 | GN |
| Aug-01-20 | Reviewed GN's email outling the course of action he will have to follow in roder to meet the judge's decision | 0.20 | 90.00 | MF |
| | reviewed GN's email outlining the course of action he will have to follow in order to meet the judge's decision;  sent email to GN ███████ ████████████████████████ | 0.20 | 90.00 | MF |
| | email w/ mf re: Judges Order | 0.10 | 0.00 | GN |
| Aug-02-20 | email w/ opposing counsel re: scheduling call | 0.10 | 0.00 | GN |
| Aug-06-20 | text w/ pl re: update clients | 0.20 | 70.00 | GN |
| | rafael called for an update | 0.20 | 25.00 | PL |
| Aug-07-20 | telephone call w/ opposing counsel re: call back | 0.10 | 35.00 | GN |
| | telephone call w/ opposing counsel re: sett agreement and edit agreement | 0.50 | 175.00 | GN |
| | edit agreement | 0.20 | 0.00 | GN |
| | continue edit agreement | 0.20 | 70.00 | GN |

|  |  |  |  |  |
|---|---|---|---|---|
|  | continue edit agreement | 0.40 | 140.00 | GN |
| Aug-08-20 | review and send revised agreement to opposing counsel | 0.30 | 105.00 | GN |
| Aug-12-20 | compare the sett agreements and send to def attorney | 0.10 | 0.00 | GN |
| Aug-13-20 | reviewed emails exchanged between  GN and oc; approved language of  settlement agreement and letter to the court | 0.20 | 90.00 | MF |
|  | review def redline edits, email def attorney back, draft ltr to adjourn | 0.60 | 210.00 | GN |
|  | file extension ltr | 0.10 | 12.50 | GN |
| Aug-14-20 | Reviewed court notice of joint request for extension and oc's email outlining the steps both parties took in the negotiation; directed staff to update case chart; filed notice in the proper folder for future reference | 0.40 | 180.00 | MF |
|  | reviewed court notice of joint request for extension and oc's email outlining the steps both parties took in the negotiation; directed staff to update case chart; | 0.40 | 180.00 | MF |
|  | email agreement to opposing counsel | 0.10 | 35.00 | GN |
|  | discuss w/ pl to have clients review and sign agreement | 0.10 | 35.00 | GN |
|  | called plaintiffs re: agreement is ready, need tax forms, set appts. | 1.60 | 200.00 | PL |
|  | called plaintiffs, read the agreements to Plaintiffs Alex and Rafael, sent agreement trough whats app | 1.30 | 162.50 | PL |
|  | saved signed agreements into case file, sent W9 tax form to Plaintiff Rafael and rafael called for an update | 0.60 | 75.00 | PL |
| Aug-15-20 | Reviewed attorney email regarding client's rights with respect to the settlement of the case | 0.20 | 90.00 | MF |
|  | reviewed Bt's email inquiring about the client's rights with respect to the settlement of the case; sent email to PP ▮▮▮▮ | 0.20 | 90.00 | MF |

|          |                                                                                          |      |       |    |
|----------|------------------------------------------------------------------------------------------|------|-------|----|
|          | review mf emails                                                                          | 0.10 | 35.00 | GN |
| Aug-17-20 | reviewed court order  granting joint request for extension;  directed staff to update case chart | 0.20 | 90.00 | MF |
|          | reviewed court order  granting joint request for extension;  directed staff to update case chart ; | 0.20 | 90.00 | MF |
|          | review ecf bounce, email pl                                                               | 0.10 | 35.00 | GN |
|          | discuss status w/ pl                                                                      | 0.10 | 35.00 | GN |
|          | text w/ pl re: cl question                                                                | 0.10 | 35.00 | GN |
|          | review opposing counsel email re: def approval of agreement                               | 0.10 | 35.00 | GN |
|          | helped and translated agreement to client Oscar Celestino                                | 0.50 | 62.50 | PL |
|          | helped translate agreement to client miguel sampedro and aided him in filling the W9 form | 0.40 | 50.00 | PL |
|          | helped translate agreement to client to Carlos Ovalle                                    | 0.30 | 37.50 | PL |
|          | helped translate agreement to client to Jerbi Elias Martinez Dominguez                    | 0.30 | 37.50 | PL |
| Aug-19-20 | review case file damages and document preparation re: cl Oscar question and telephone expense cl Oscar in regards | 0.40 | 0.00 | GN |
|          | called client to ask him how he wants to sign but he ddnt answe                           | 0.20 | 25.00 | PL |
|          | called carlos to clarify the setlement breakdown                                          | 0.10 | 12.50 | PL |
|          | Assisted client in signing Settlement Agreement and w-9 per BT's request                  | 0.50 | 62.50 | PL |
| Aug-20-20 | rodrigo called re: settlement and W9, confirmed I have his signed sheet                    | 0.20 | 25.00 | PL |

|  |  |  |  |  |
|---|---|---|---|---|
|  | called Jorge Virgilio Roman Roman but left him a voicemail re:settlement | 0.10 | 12.50 | PL |
|  | I called hector but he didnt answer and it didn't let me leave a voicemail, sent him a text as well. | 0.10 | 12.50 | PL |
|  | sacanned rodrigos signed agreement and w9 into case file | 0.10 | 12.50 | PL |
| Aug-25-20 | review pl email re: deadline | 0.10 | 35.00 | GN |
|  | discuss clients who didnt sign yet with pl | 0.10 | 35.00 | GN |
|  | calendared deadline for settlement submitiion | 0.10 | 12.50 | PL |
|  | tried contacting Plaintiff ███ through Whats app, and EMail, no respond. GN asked me to mail out letter ████████ | 0.60 | 75.00 | PL |
| Aug-26-20 | review and reply to pl emails | 0.10 | 35.00 | GN |
|  | Drafted and emailed JR to mail out letter to ████ | 0.40 | 50.00 | PL |
|  | Jorge Roman called, I translated the agreement and sent it to him through whats app to sign, also gave him nancys number | 0.30 | 37.50 | PL |
| Aug-27-20 | sent the signed sheet of Plaintiff Roman to GN. Jerbi called ██████████ | 0.20 | 25.00 | PL |
|  | hector reached out, I translated the agreement by phone and sent it to him throigh whats app to sign | 0.30 | 37.50 | PL |
| Aug-28-20 | Reviewed email from GN ████████ | 0.20 | 90.00 | MF |
|  | reviewed email from GN ████████ | 0.20 | 90.00 | MF |

| | | | | |
|---|---|---|---|---|
| | telephone call w/ pl re: signatures | 0.10 | 35.00 | GN |
| | draft fairness motion | 1.00 | 350.00 | GN |
| | conintue draft fairness motion | 0.20 | 70.00 | GN |
| | review and reply to opposing counsel email re: agreement | 0.10 | 0.00 | GN |
| | email w/ mf | 0.10 | 35.00 | GN |
| | review and reply to opposing counsel email, draft motion to compell for extensin, revie pre-bill | 0.60 | 210.00 | GN |
| | call plaintiff Roman ███████████ ███ | 0.10 | 12.50 | PL |
| | carlos ovalles called for an update | 0.10 | 12.50 | PL |
| | saved the signed pages, converted it to PDFs and sent it to GN | 0.30 | 37.50 | PL |
| Aug-29-20 | Reviewed OC's email requesting that we file settlement agreeement without COJ; | 0.20 | 90.00 | MF |
| | reviewed oc's email requesting that we file settlement agreement without confessions of judgment; reviewedGN's email responding to oc's email;  sent email to oc and GN taking the position that we will not file settlement agreement without signed COJ | 0.20 | 90.00 | MF |
| | review mf email to opposing counsel | 0.10 | 35.00 | GN |
| Aug-30-20 | reviewed court notice of joint request for extension to file settlement agreement and fairness letterdispositive motions;  directed staff to update case chart | 0.20 | 90.00 | MF |
| Aug-31-20 | reviewed court order  granting joint request for extension;  directed staff to update case chart ; filed order in the proper folder for future reference | 0.20 | 90.00 | MF |
| | reviewed oc's email arguing that he doesn't have to have the COJ signed until the settlement agreement is final and we have provided all the w9;  sent email to GN | 0.20 | 90.00 | MF |

| | | | | |
|---|---|---|---|---|
| | ████████████ | | | |
| | reviewed email sent by GN to oc outlining our position with respect to their demands; sent email to GN ████████████ | 0.20 | 90.00 | MF |
| | reviewed court order granting joint request for extension; directed staff to update case chart | 0.20 | 90.00 | MF |
| | reviewed oc's email arguing that he doesn't have to have the COJ signed until the settlement agreement is final and we have provided all the w9; sent email to GN ████████ | 0.20 | 90.00 | MF |
| | reviewed email sent by GN to oc outlining our position with respect to their demands; sent email to GN ████████ | 0.20 | 90.00 | MF |
| | review ecf entry | 0.10 | 35.00 | GN |
| | reviw opposing counsel and mf email and reply to opposing counsel re: confessions | 0.10 | 35.00 | GN |
| | client called for an update | 0.10 | 12.50 | PL |
| Sep-01-20 | discuss strategy w/ mf | 0.10 | 35.00 | GN |
| Sep-02-20 | reviewed plaintiff's request for conference to the court in order to resolve the COJ issue created by defendant; directed staff to update case chart ; filed notices in the proper folder for future reference | 0.20 | 90.00 | MF |
| | reviewed oc's email refusing to agree to allow us to submit COJ with fairness letter and settlement agreement to the magistrate; reviewed GN's response to oc as to the reasons for which we don't accept his position | 0.20 | 90.00 | MF |
| | reviewed letter submitted by opposing counsel in response to our letter requesting a conference to resolve the settlement agreement issues; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.20 | 90.00 | MF |

|  |  |  |  |  |
|---|---|---|---|---|
|  | draft and file ltr motion to compell for conference | 0.20 | 70.00 | GN |
|  | read def ltr to court | 0.10 | 0.00 | GN |
|  | email opposing counsel re: confessions | 0.20 | 0.00 | GN |
| Sep-03-20 | Reviewed court order granting request for hearing to resolve the issues raised by defendants' oc; directed staff to update case chart ; filed order in the proper folder for future reference | 0.20 | 90.00 | MF |
|  | draft, edit, review, and edit ltr reply to defendants 9/2/20 ltr | 2.20 | 770.00 | GN |
| Sep-04-20 | review ltr reply to court | 0.20 | 70.00 | GN |
| Sep-09-20 | discuss case with DT | 0.10 | 35.00 | GN |
|  | calendared in GNs and MFs calendar the judges notice of hearing | 0.20 | 25.00 | PL |
| Sep-10-20 | Reviewed court order requiring defendants to submit COF signed by all defendants with the fairness package and plaintiffs to submit signed w9s to defendants by a specific date; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.20 | 90.00 | MF |
|  | telephone call w/ the court | 0.20 | 70.00 | GN |
|  | discuss Judges decision w/ MF | 0.10 | 35.00 | GN |
|  | email pl re: w9 forms | 0.10 | 35.00 | GN |
|  | email pl re: w9s | 0.10 | 35.00 | GN |
|  | reviewed whos W9 we are still missing and Emailed GN | 0.20 | 25.00 | PL |
| Sep-11-20 | reviewed court order reporting the occurrence of the status conference; directed staff to update case chart ; filed order in the proper folder for future reference | 0.20 | 90.00 | MF |

| | | | | |
|---|---|---|---|---|
| | review ecf bounce | 0.00 | 0.00 | GN |
| Sep-16-20 | miguel called for an update | 0.10 | 12.50 | PL |
| | rafael called for an update | 0.10 | 12.50 | PL |
| Sep-24-20 | email to do to pl | 0.10 | 35.00 | GN |
| | review opposing counsel email | 0.10 | 0.00 | GN |
| | edit fairness motion to compell and email opposing counsel (.1) | 0.40 | 0.00 | GN |
| Sep-25-20 | legal research | 0.40 | 140.00 | GN |
| | telephone call w/ mf | 0.10 | 35.00 | GN |
| Sep-29-20 | email opposing counsel re: fairness exhibits | 0.10 | 35.00 | GN |
| | review fairness motion | 0.20 | 70.00 | GN |
| | Totals | 126.05 | $38,342.50 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Aug-17-18 | Process Server - service on Dunes Food Group Inc., Alimade LLC, and 2249 Corp. | 216.00 |
| | Process Server - service on Sanjiv Chand (a.k.a. Mike), Akbarali B Himani, Horacio Doe, and Alfred Doe | 200.00 |
| | Totals | $416.00 |

**Total Fee & Disbursements**                                          **$38,758.50**

**Balance Now Due**                                                          **$38,758.50**

# EXHIBIT C

Privileged Settlement Communication                                                                  Subject to  Revision / Correction

| Plaintiff | Pay Period | | No. Weeks in Pay Period | Unpaid Wage & OT | Liq. Damages on Wages & OT | Annual Wage Notice | Admin Fee |
|---|---|---|---|---|---|---|---|
| | From | To | | | | | |
| Carlos Enrique Toj Ovalle | 3/1/2018 | 8/15/2018 | 24 | $ 40.73 | $ 40.73 | $ 300.00 | $ 20,250.00 |
| | | | | | | $ 300.00 | $ 20,250.00 |
| Jerbi Elias Martinez Dominguez | 3/1/2018 | 7/30/2018 | 22 | $ 95.42 | $ 95.42 | $ 750.00 | $ 20,250.00 |
| | | | | | | $ 750.00 | $ 20,250.00 |
| Jorge Virgilio Roman Roman | 2/2/2018 | 7/23/2018 | 24 | $ 90.86 | $ 90.86 | $ 700.00 | $ 22,950.00 |
| | | | | | | $ 700.00 | $ 22,950.00 |
| Oscar Celestino Yanez | 11/1/2017 | 7/25/2018 | 38 | $ 191.28 | $ 191.28 | $ 1,600.00 | $ 40,500.00 |
| | | | | | | $ 1,600.00 | $ 40,500.00 |
| Rafael Vasquez Disla | 3/1/2018 | 7/19/2018 | 20 | $ 84.46 | $ 84.46 | $ 650.00 | $ 22,950.00 |
| | | | | $ 84.46 | $ 84.46 | $ 650.00 | $ 22,950.00 |
| Miguel Sampedro Sartillo | 4/23/2018 | 7/23/2018 | 13 | | | $ 5,000.00 | $ 6,750.00 |
| | | | 0 | | | $ 5,000.00 | $ 6,750.00 |
| | | | 0 | | | | |
| Rodrigo Flores Cazares | 4/15/2018 | 7/30/2018 | 15 | $ 56.21 | $ 56.21 | $ 400.00 | $ 12,150.00 |
| | | | 0 | $ 56.21 | | $ 400.00 | $ 12,150.00 |
| | | | 0 | | | | |
| Alex Santiago | | | | $ 4,481.25 | $ 4,481.25 | $ 5,000.00 | |
| Hector Baten | | | | $ 98.61 | $ 98.61 | $ 600.00 | |
| | | | | | | | |
| | | | | $ 5,138.82 | $ 5,138.82 | $ 15,000.00 | $ 145,800.00 |

Privileged Settlement Communication

Subject to  Revision / Correction

| Plaintiff | Pay Period | | Weekly Wage Statement | Total Per Period |
|---|---|---|---|---|
| | From | To | | |
| Carlos Enrique Toj Ovalle | 3/1/2018 | 8/15/2018 | $ 1,500.00 | $ 22,131.46 |
| | | | $ 1,500.00 | $ 22,131.46 |
| Jerbi Elias Martinez Dominguez | 3/1/2018 | 7/30/2018 | $ 3,750.00 | $ 24,940.84 |
| | | | $ 3,750.00 | $ 24,940.84 |
| Jorge Virgilio Roman Roman | 2/2/2018 | 7/23/2018 | $ 3,500.00 | $ 27,331.72 |
| | | | $ 3,500.00 | $ 27,331.72 |
| Oscar Celestino Yanez | 11/1/2017 | 7/25/2018 | $ 5,000.00 | $ 47,482.56 |
| | | | $ 5,000.00 | $ 47,482.56 |
| Rafael Vasquez Disla | 3/1/2018 | 7/19/2018 | $ 3,250.00 | $ 27,018.92 |
| | | | $ 3,250.00 | $ 27,018.92 |
| Miguel Sampedro Sartillo | 4/23/2018 | 7/23/2018 | $ 5,000.00 | $ 16,750.00 |
| | | | $ 5,000.00 | $ 16,750.00 |
| Rodrigo Flores Cazares | 4/15/2018 | 7/30/2018 | $ 2,000.00 | $ 14,662.42 |
| | | | $ 2,000.00 | $ 14,662.42 |
| Alex Santiago | | | $ 5,000.00 | 18,962.50 |
| Hector Baten | | | $ 3,000.00 | 3,797.22 |
| | | | | |
| | | | $ 32,000.00 | 203,077.64 |